UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:06-cr-060-KJD-PAL |
| Plaintiff, | ORDER |
| vs. | |
| JERRY LEE OWENS, | |
| Defendant. | |

**ORDER**

    The best interest of justice being served and all parties being in agreement:

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, July 3, 2012 at 9:00 a.m., be vacated and continued to _September 4, 2012 at_ _9:00 a.m., Courtroom 6D._

    DATED this _29_ day of _June_, 2012.

_____
UNITED STATES DISTRICT JUDGE