UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JERRY LEE OWENS,<br><br>　　　　　Defendant. | Case No.:2:06-cr-060-KJD-PAL<br><br>**ORDER TO STAY EXECUTION OF SENTENCE AND JUDGMENT PENDING SELF-SURRENDER** |

**ORDER**

　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Mr. Owen's eighteen-month sentence and judgment for violation of his supervised release conditions is stayed until he self-surrenders in two weeks. IT IS FURTHER ORDERED that the U.S. Probation office for the District of Nevada supervise Defendant until he self-surrenders.

　　DATED 28th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE