# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:06-CR-00060-KJD-PAL |
| v. | **AMENDED ORDER** |
| JERRY LEE OWENS, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Mr. Owen's eighteen-month sentence and judgment for violation of his supervised release conditions is stayed until he self-surrenders on October 12, 2012.  IT IS FURTHER ORDERED that the United States Probation Office for the District of Nevada shall supervise Defendant until he self-surrenders on October 12, 2012.  Defendant shall be placed at the Residential Reentry Center until October 12, 2012.

DATED this 3rd day of October 2012.

_____
Kent J. Dawson
United States District Judge